[No. 6695–1.   Division One.   October 15, 1979.]

LIONEL A. HAMPTON, *Appellant,* v. ROOSEVELT
HUBBARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 844563, Horton Smith, J., entered June 19,
1978. *Affirmed* by unpublished opinion per Farris, J., con-
curred in by James and Ringold, JJ.

[No. 6816–1.   Division One.   October 15, 1979.]

*In the Matter of the Marriage of* ELDONNA DEE
MAYO, *Respondent, and* RODNEY R.
MAYO, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 143460, Paul D. Hansen, J.,
entered July 27, 1978. *Affirmed* by unpublished opinion per
Callow, C.J., concurred in by Swanson and Ringold, JJ.

[No. 6833–45090–1.   Division One.   October 15, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
JACOB MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 78080, Janice Niemi, J., entered August 23,
1977. *Reversed* by unpublished opinion per Callow, C.J.,
concurred in by Farris and Ringold, JJ.

[No. 6873–1.   Division One.   October 15, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DARYL
JAMES LUKE, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 3285, Walter J. Deierlein, Jr., J., entered June
14, 1978. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by James and Dore, JJ.